# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

FILED
FEB - 8 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Henry Johnson,

Plaintiff

vs.

C/o Ms. Leathers
C/o Furman
dewitt county sheriff ms. williams
Sheriff Jered Shofner
Chief deputy mike walker
Sgt. Rob Spickard Jail Administrator

Defendant(s)

Case No. _____
*(The case number will be assigned by the clerk)*

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

　　Full Name: Henry Johnson

　　Prison Identification Number: 89814

　　Current address: 101 W. Washington St
　　Clinton, IL 61727

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

　　Defendant #1:

　　　　Full Name: MS. Leathers

　　　　Current Job Title: C/O dewitt county jail

　　　　Current Work Address: 101 W. Washington St
　　　　Clinton, IL 61727

　　Defendant #2:

　　　　Full Name: MR. Furman

　　　　Current Job Title: C/O dewitt county jail

　　　　Current Work Address: 101 W. Washington St
　　　　Clinton IL 61727

　　Defendant #3:

　　　　Full Name: MS. Williams

2

Current Job Title: dewitt county sheriff
Current Work Address: 101 W. Washington st
Clinton, IL 61727

Defendant #4:

Full Name: Jered Shofner
Current Job Title: Head Sheriff dewitt county jail
Current Work Address: 101 W. Washington st
Clinton, IL 61727

Defendant #5:

Full Name: Mike Walker
Current Job Title: Cheif ~~of~~ Deputy dewitt county jail
Current Work Address: 101 W. Washington st
Clinton, IL 61727

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?  Yes ☐   No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑   No ☐

Flip

3

Defendant #6

Full name Sgt. Rob Spickard
current job title Jail Administrator Dewitt County Jail
current work address 101 W. Washington St
Clinton, IL 61727

C. If your answer to B is yes, how many? ~~3~~ 5  Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number  Johnson v. Doe  Johnson v B.Smith
   All Central District  Johnson v Shafner  Johnson v hartshorn
   Johnson v. Thomason

2. Basic claim made  14th 8th 1th

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  all still pending cases

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☑  No ☐

4

# V. STATEMENT OF CLAIM

Place(s) of the occurrence dewitt county jail

Date(s) of the occurrence 1-10-16 to 1-17-16

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1-9-16 I was placed in solitary confinement for threating, intimidating jail staff. 1-10-16 6:30 AM in the morning c/o ms. leathers and c/o Furman hand cuffed me with my hands behind my back and moved me to another cell in solitary confinement and the cell I was placed in did not have a mattress and I was told by c/o ms. leathers every morning while Im in solitary confinement that she c/o ms. leathers and c/o Furman will come and remove my mattress every morning at 6:30 AM and the mattress will be giving back to me everynite at 10:30 PM because it's part of my disciplinary for being placed in solitary confinement. until my mattress is returned to me I am forced to lay down on a cold concrete bed or sit up on a steal stool due to the fact I am in solitary confinement in my cell for 23 hours a day. also the cell I was forcefully moved to was cold as if the heat was purposely off just to punish me for being placed in solitary confinement. 1-11-16 my lower back has been achin and in pain since lastnite 1-10-16 due to the fact I am being forced to lay on a cold concrete bed without a mattress. because the dewitt county jail staff c/o leathers and c/o furman removed my mattress from my cell because while I am in solitary confinement I am not allowed to have my mattress in my cell from 6:30 AM to 10:30 PM. 10:30 PM is when I get my mattress returned to me everynite at the dewitt county jail which is a 8th and 14th Admendment violation.

5

taking my mattress everyday from me while I'm in solitary confinement is part of my punishment at the dewitt county jail but today 1-11-16 my mattress was not taken from me at all until I started to complain about back problems due to the dewitt county jail staff c/o leathers and c/o furman removing my mattress 1-10-16. and forcing me to lay on a cold concrete bed in a cold cell so around 5:00 pm 1-11-16 I was told by the dewitt county jail staff c/o furman and c/o leathers that they forgot to take my mattress from me today and tommorrow 1-12-16 they c/o leathers and c/o furman will becoming to take my mattress from my cell every morning from 6:30 AM to 10:30 PM until I am released from solitary confinement. 1-12-16 6:30 AM c/o smith and c/o leathers came into my cell removed my mattress from my cell which only caused more achs and pains to my lower back from me being forced to sleep on a cold concrete bed without a mattress cause this is the dewitt county jail rules while any inmate is placed in solitary confinement during a stay at the dewitt county jail. from 1-13-16 to 1-16-16 dewitt county sheriff ms. williams came and removed my mattress from my cell while I was in solitary confinement each morning from 6:30 AM to 10:30 PM regardless of me complaining about my back problems, the dewitt county jail staff c/o smith c/o leather, c/o furman, and dewitt county sheriff ms. williams still came and took my mattress from me every morning while I was in solitary confinement. I was issued a disciplinary ticket the same nite I was placed in solitary confinement which were 1-9-16 and was kept in solitary confinement for eight days and never received a proper hearing for what I was placed in solitary confinement for. My 14th and 8th Admendment was violated while I was in solitary confinement by c/o leathers and c/o smith, c/o furman and dewitt county sheriff ms. williams. due to the fact all the said mention dewitt county jail staff on purposely and knowly was aware that every morning at 6:30 AM to 10:30 PM taken my mattress from me for 16 hours a day will put my health and body at risk to injuries. which by me being in solitary confinement for

6

eight days and having my mattress taken every morning at 6:30 AM to 10:30 PM which left me to be in my cell 23 hours a day. I was forced to lay down on a cold concrete bed or sit up on a steal stool which puts strain on my back on my body, which injuried my lower back and since this incident I have been placed on medication for my back injuries that was caused from my mattress being taken from me. the seven out of eight days I was placed in solitary confinement by the dewitt county jail staff C/O Ms. leathers, C/O smith, C/O furman and dewitt county Sheriff Ms. williams. Sheriff Jered Shofner chief Deputy Mike walker and Jail Administrator Sgt. Rob spickard was fully aware and approve the said mention dewitt county jail staff actions against me. there for sheriff Jered Shofner cheif Deputy Mike walker and Jail administrator Rob spickard took no actions to stop these dewitt county jail staff from taken my mattress from me in my cell every morning from 6:30 AM to 10:30 PM while I was in solitery confinement. furthermore the dewitt county jail rule book states any inmate placed in solitery confinement will have a hearing on the eighth day after being placed in solitary confinement, to have a chance to explain they side of the incident and should have the right to call witness if a inmate chose to. my 14th and eighth admendment was violated by the dewitt county jail staff sheriff Jered Shofner Cheif Deputy Mike walker and Jail Administrator Sgt. Rob spickard. because I was placed in solitery confinement for eight days and did not have a hearing did not get a chance to explain my side to the incident which caused me to be placed in solitery confinement. sheriff Jered Shofner, cheif Deputy Mike walker, Jail Administrator Sgt Rob spickard were all aware of my situation and did nothing to stop my rights from constantly being violated while I was in solitary confinement for eight eight days and was release from solitary confinement on my eighth day 1-17-16 without a proper hearing. I was deprived from having my mattress for 16 hours a day while I was in solitary confinement which forced me to lay down on a concrete cold bed and doing so caused injuries to my lower back. and I was giving medication for my back injuries. and I was deprived from having a hearing while I was in solitary confinement

7

RELIEF REQUESTED

(State what relief you want from the court.)

I demand I be compensated for my pain and suffering in the damaged amount of 1,000,000 million dollars and my injunction relief is that the dewitt county jail changes its cruel and harsh solitary confinement rules. and let any and all inmates replaced in the dewitt county jail solitary confinement be allowed to keep their mattress and not be taken from them for no reason. I pray and hope with respect to the courts that the courts grant my relief and rather by jury ruled in my favor or by settlement that the defendant pay all my court and legal fees

JURY DEMAND    Yes ☑    No ☐

Signed this ___1___ day of ___31___, 20 _10_.

_(signature)_
( Signature of Plaintiff)

| Name of Plaintiff: Henry Johnson | Inmate Identification Number: 89814 |
|---|---|
| Address: 101 W. Washington St Clinton, IL 61727 | Telephone Number: |

8