United States District Court
For the central District of Illinois

Plaintiff
Henry Johnson
v
leathers

Civil Case # 3:16-cv-03029-Jes
Judge: Chief James E Shadid

FILED
FEB 19 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion for leave to file an Amended Complaint.

Plaintiff Henry Johnson pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P. Request to file an amended complaint adding a party.

1, Plaintiff in his original complaint named c B, Smith Defendant,

2, Since the filing of the complaint the plaintiff has determined that the name B, Smith is defendant c/o (B, Smith) of the dewitt county jail. (paragraphs) is which you refer to B, Smith) are amended to reflect the identity and actions of c/o B, Smith.

3, This court should grant leave freely to amend a complaint, Forman v. Davis, 371 U.S 178, 182 (1962).

Date: 2-12-16
Respectfully submitted
Henry Johnson

101 W. Washington St
Clinton IL 61727