# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Henry Johnson** <br><br> Plaintiff <br><br> vs. <br><br> **Leathers, Furman, Williams, Jered Shofner, Mike Walker, Rob Spickard** <br><br> Defendants | Case Number: 16-3029 |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A. Any amendment to the Complaint would be futile. This case is therefore terminated.

**Dated:** 4/18/2016

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court